**Entered on Docket**
**August 18, 2009**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
JACQUE A. GRUBER (NV Bar #11385)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for Secured Creditor WACHOVIA MORTGAGE, FSB, F.K.A. WORLD
SAVINGS BANK

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Bankruptcy Case No. BK-N-09-51368-gwz |
|---|---|
| JOHN E. ALBRIGHT AND ELVINA L. ALBRIGHT, | Chapter 7 |
| Debtor(s). | WACHOVIA MORTGAGE, FSB, F.K.A. WORLD SAVINGS BANK'S ORDER TERMINATING AUTOMATIC STAY |
| | Date:    August 11, 2009 |
| | Time:   10:00 A.M. |

A hearing on Secured Creditor Wachovia Mortgage, FSB, f.k.a. World Savings Bank's Motion for Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable Gregg W. Zive.

/././

The court having duly considered the papers and pleadings on file herein and being fully advised thereon and finding cause therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Relief from the automatic stay of 11 United States Code section 362 is hereby granted as it applies to the real property commonly known as 1526 North Court, Gardnerville, Nevada 89410, which is legally described as:

> LOT 4, IN BLOCK A, AS SAID LOT AND BLOCK ARE SHOWN ON THE MAP OF CENTERTOWNE SUBDIVISION P U D., FILED FOR RECORD IN THE OFFICE OF THE COUNTY RECORDER OF DOUGLAS COUNTY, NEVADA, ON NOVEMBER 4, 1977, IN BOOK 1177, PAGE 348, AS DOCUMENT NO 14725.

APPROVED/DISAPPROVED

_____

MARIANNE EARDLEY
TRUSTEE

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

1   ALTERNATIVE METHOD re: RULE 9021:

2   In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3   ☐        The court has waived the requirement of approval under LR 9021.

4   ☐        No parties appeared or filed written objections, and there is no trustee appointed in the

5   case.

6   ☒        I have delivered a copy of this proposed order to all counsel who appeared at the hearing,

7   any unrepresented parties who appeared at the hearing, and any trustee appointed in this case,

8   and each has approved or disapproved the order, or failed to respond, as indicated below [list

9   each party and whether the party has approved, disapproved, or failed to respond to the

10  document]:

11  ☐        Approved. - Debtor(s)/Debtor(s)'------ Attorney/Trustee

12  ☐        Disapproved. - Debtor(s)/Debtor(s)'------ Attorney/Trustee

13  ☒        Failed to respond. - Trustee

14                                        ###

15  Submitted by:

16  /s/ EDDIE R. JIMENEZ
    4375 Jutland Drive, Suite 200
17  P.O. Box 17933
    San Diego, CA 92177-0933
18  (858) 750-7600
    NV Bar #10376
19  Attorney for WACHOVIA MORTGAGE, FSB, F.K.A. WORLD SAVINGS BANK

20

21

22

23

24

25

26

27

28